UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK FAHY, | ) | |
| Plaintiff, | ) | No. C 09-01420 BZ |
| v. | ) | **ORDER TO REASSIGN** |
| ORPHEOS TARBOX, et al., | ) | |
| Defendants. | ) | |

The plaintiff, Frank Fahy, has objected to my jurisdiction in his complaint. (Compl. ¶ 17.) The clerk is directed to reassign this case.

Dated: April 8, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\FAHY - ORDER TO REASSIGN.wpd

1