IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY, | No. C-09-1420 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT STEINER'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| ORPHEOS TARBOX, et al., | |
| Defendants / | |

Before the Court is defendant Alec Steiner's ("Steiner") request, filed July 17, 2009, for a 20-day extension of time to respond to plaintiff's complaint. No opposition has been filed.

Good cause appearing, Steiner's request is hereby GRANTED.

Accordingly, the deadline for Steiner to file his response to the complaint is extended to August 6, 2009.

**IT IS SO ORDERED.**

Dated: July 24, 2009

MAXINE M. CHESNEY
United States District Judge