**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  FRANK FAHY,                              No. C-09-1420 MMC

12              Plaintiff,               **ORDER DIRECTING DEFENDANT
                                          STEINER TO FILE PROOF OF SERVICE
13     v.                                 OF MOTION TO DISMISS OR FOR
                                          SUMMARY JUDGMENT**
14  ORPHEOS TARBOX, et al.,

15              Defendants
                                    /
16

17        The Court is in receipt of defendant Alec Steiner's ("Steiner") "Motion To Dismiss For

18  Failure To State A Claim On Which Relief Can Be Granted [Fed. R. Civ. P. 12(b)(6)] Or, In

19  The Alternative, For Summary Judgment [Fed. R. Civ. P. 56]," filed August 6, 2009, and

20  noticed for hearing on September 11, 2009.

21        Under the Local Rules of this District, a motion must be "served and noticed in

22  writing on the motion calendar of the assigned Judge for hearing not less than 35 days

23  after service of the motion." See Civil L.R. 7-2(a).  Further, where, as here, a motion must

24  be served on the other parties to the action, the motion "must bear or have attached to it:

25  (1) an acknowledgment of service by the person served; or (2) [a] Certificate of service

26  stating the date, place and manner of service and the names, street address or electronic

27  address of the persons served, certified by the person who made service, pursuant to 28

28

1  U.S.C. § 1746."[1]  <u>See</u> Civil L.R. 5-6(a).

2       Steiner has failed to file an acknowledgment or a certificate of service stating he

3  served the above-referenced motion on plaintiff Frank Fahy ("Fahy") and on counsel for the

4  other defendants.

5       Accordingly, Steiner is hereby DIRECTED to file, no later than August 21, 2009, an

6  acknowledgment or a certificate of service establishing he has served the motion on Fahy

7  and on counsel for the other defendants.  If Steiner fails to file, as to each party to the

8  action, an acknowledgment or a certificate of such service on or before August 21, 2009,

9  the Court hereby gives notice it will deny Steiner's motion, without prejudice, for failure to

10 comply with the Local Rules of this District.

11      **IT IS SO ORDERED.**

12

13 Dated:  August 14, 2009

                                        MAXINE M. CHESNEY
14                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

---

26      [1]Section 1746 provides that a certificate should contain the following language: "I
   declare (or certify, verify, or state) under penalty of perjury under the laws of the United
27 States of America that the foregoing is true and correct.  Executed on (date).  (Signature.)"
   <u>See</u> 28 U.S.C. § 1746.
28