IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK FAHY,

      Plaintiff,

  v.

ORPHEOS TARBOX, et al.,

      Defendants
                                        /

No. C-09-1420 MMC

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO VACATE SETTLEMENT**

     Before the Court is plaintiff Frank Fahy's "Notice of Motion and Motion for Order Vacating Settlement With Defendant Alec Steiner," filed January 6, 2010. In said notice, however, no hearing date is provided. See Civil L.R. 7-2(b) (requiring all motions be noticed "on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion").

     In the interests of having the matter timely resolved, the Court hereby SETS February 12, 2010, at 9:00 a.m., as the date and time for the hearing of the above-described motion. Pursuant to the Local Rules of this District, any opposition or other response thereto shall be filed no later than January 22, 2010, and any reply shall be filed no later than January 29, 2010. See Civil L.R. 7-3.

     **IT IS SO ORDERED.**

Dated: January 7, 2010

                                                    MAXINE M. CHESNEY
                                                    United States District Judge