IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK FAHY,

        Plaintiff,

  v.

ORPHEOS TARBOX, et al.,

        Defendants

No. C-09-1420 MMC

**ORDER TO PRO TEM REPORTER TO PRODUCE TRANSCRIPT**

On September 18, 2009, a settlement conference was held in the above-entitled action, at which time certain agreements were placed on the record. Production of a transcript of the reported portion of the conference is necessary for the resolution of a pending motion.

Accordingly, pro tem court reporter Christine Triska is directed to prepare the transcript of this proceeding on the following basis:

( ) Ordinary (within 30 days @ $3.65 per page).

( ) 14-Day (within 14 days @ $4.25 per page).

( X ) Expedited (within 7 days @ $4.85 per page).

( ) Daily (overnight @ $6.05 per page).

Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: January 29, 2010

                                    MAXINE M. CHESNEY
                                    United States District Judge

cc: Court Reporter Supervisor and Pro Tem Reporter