IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY,<br><br>      Plaintiff,<br>  v.<br><br>ORPHEOS TARBOX, et al.,<br><br>      Defendants | No. C-09-1420 MMC<br><br>**ORDER ADVANCING FROM FEBRUARY 19, 2010 TO FEBRUARY 12, 2010 HEARING ON DEFENDANT STEINER'S MOTION TO REFER LITIGANT TO FEDERAL PRO BONO PROJECT** |

      On January 6, 2010, plaintiff Frank Fahy ("Fahy") filed a "Motion for Order Vacating Settlement With Defendant Alec Steiner," which motion, pursuant to the Court's order of January 7, 2010, is set for hearing on February 12, 2010.

      On January 13, 2010, defendant Alec Steiner ("Steiner") filed a "Motion to Refer Litigant to Federal Pro Bono Project and Stay Proceedings Pending Appointment of Counsel," which motion is presently set for hearing on February 19, 2010.

      In the interests of judicial economy, the Court hereby ADVANCES the hearing on Steiner's motion from February 19, 2010 to February 12, 2010. The date for Steiner to file any reply to Fahy's opposition remains February 5, 2010.

      **IT IS SO ORDERED.**

Dated: February 1, 2010

                                      MAXINE M. CHESNEY
                                      United States District Judge