# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY,<br><br>        Plaintiff(s),<br><br>vs.<br><br>ORPHEOS TARBOX,<br><br>        Defendant(s). | Case Number: 09-1420 MMC<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

    The defendant having requested and being in need of counsel to assist him in this matter and good and just cause appearing;

    IT IS HEREBY ORDERED THAT defendant Alec Steiner shall be referred to the Federal Pro Bono Project for limited-scope legal representation in the manner set forth below:

    1.    The Clerk of the Court shall forward to the Volunteer Legal Services Program of The Bar Association of San Francisco ("VLSP") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

    2.    Upon being notified by VLSP that an attorney has been located to represent the defendant, that attorney shall be appointed as counsel for Mr. Steiner for the scope described in this order.

    3.    All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Mr. Steiner in this action.

    This appointment shall be for the limited purpose of representing Mr. Steiner with respect to the issue of the scope and terms of the settlement agreement entered into by the parties on September 18, 2009 before Magistrate Judge Maria-Elena James. The appointment shall terminate upon the parties' memorialization of that settlement agreement.

    IT IS SO ORDERED.

Dated: February 17, 2010

                                            Maxine M. Chesney
                                            United States District Judge