IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY, | No. C-09-1420 MMC |
| Plaintiff, | **ORDER DENYING REQUEST FOR REASSIGNMENT** |
| v. | |
| ORPHEOS TARBOX, et al., | |
| Defendants / | |

The Court is in receipt of two documents, each titled "Letter to Judge Chesney," filed February 19, 2010 by defendant Alec Steiner. In said documents, defendant requests the above-titled action be reassigned to a different judge.

Having read and considered defendant's request, the Court hereby DENIES the request, for the reason the request is both procedurally improper, see 28 U.S.C. § 144, and legally insufficient, see United States v. Sibla, 624 F.2d 864, 868 (9th Cir. 1980) (finding motion for recusal "legally insufficient," where motion was "devoid of specific fact allegations tending to show personal bias stemming from an extrajudicial source").

**IT IS SO ORDERED.**

Dated: February 26, 2010

MAXINE M. CHESNEY
United States District Judge