**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK FAHY, | Case No. 09-1420 MMC |
| Plaintiff, | **ORDER APPOINTING COUNSEL AND SETTING MAY 28, 2010 CASE MANAGEMENT CONFERNCE** |
| vs. | |
| ORPHEOS TARBOX, et al., | |
| Defendants | |

Defendant Alec Steiner has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project.

Accordingly, Andrew Bassak, Heather Littlejohn, Samorn Selim, and Christian Baker of Manatt Phelps & Phillips LLP are hereby appointed as counsel for Mr. Steiner in this matter for the limited purpose of representing Mr. Steiner with respect to the issue of the scope and terms of the settlement agreement entered into by the parties on September 18, 2009 before Magistrate Judge Maria-Elena James.

Pursuant to the Court's February 17, 2010 order, the stay of proceedings will be lifted as of April 15, 2010.

A Case Management Conference is hereby SET for May 28, 2010. A Joint Case Management Statement shall be filed no later than May 21, 2010.

IT IS SO ORDERED.

Dated: March 18, 2010

_____
United States District Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES