UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


FRANK FAHY,

                Plaintiff,

  v.

ORPHEOS TARBOX et al,

                Defendant.
_____/

Case Number: CV09-01420 MMC

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alec Steiner
1714 44th Avenue
San Francisco, CA 94122


Andrew A. Bassak
Manatt, Phelps & Phillips, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111-3719


Christian Edward Baker
Manatt, Phelps & Phillips, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111


Frank Fahy
259 Oak Street
San Francisco, CA 94102

Heather Martine Littlejohn
Manatt Phelps & Phillips
One Embarcadero Center
30th Floor
SF, CA 94111

Samorn Selim
Manatt Phelps & Phillips LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111

Dated: March 18, 2010

Richard W. Wieking, Clerk

*Frank Justiliano*

By: Frank Justiliano, Deputy Clerk