IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK FAHY,

    Plaintiff,

  v.

ORPHEOS TARBOX, et al.,

    Defendants.
                                      /

No. C 09-1420 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL**

      Pursuant to Civil Local Rule 72-1, plaintiff's motion "for an Order to Compell [sic] Responses to Interrogatories and to Provide Initial Disclosure Discovery from Defendant Alec Steiner," filed June 17, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

      **IT IS SO ORDERED**.

Dated: June 21, 2010

MAXINE M. CHESNEY
United States District Judge