IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY,<br><br>             Plaintiff,<br><br>   v.<br><br>ORPHEOS TARBOX,<br><br>             Defendant. | No. C-09-01420-MMC (DMR)<br><br>**ORDER RE PLAINTIFF FRANK FAHY'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND TO PROVIDE INITIAL DISCLOSURES** |

Before the Court is Plaintiff Frank Fahy's Motion "for an Order to Compell [sic] Responses to Interrogatories and to Provide Initial Disclosure Discovery from Defendant Alec Steiner," (Docket No. 115), currently set for hearing on August 26, 2010. Upon review of the record, it appears that plaintiff has not met and conferred with defendant **in person or by telephone** regarding the discovery dispute prior to filing the instant motion.

Pursuant to L.R. 37-1(a) and Judge Ryu's Order Re Discovery Procedures (Docket No. 120), it is therefore ordered that plaintiff shall **by July 22, 2010**: (1) meet and confer with defense counsel for Mr. Steiner in person or by telephone; and (2) file a supplemental declaration setting forth plaintiff's meet and confer efforts and the final positions of each party.

The briefing schedule shall be amended as follows:

Defendant shall be permitted until **July 29, 2010** to file his opposition to plaintiff's motion to compel.

1    Plaintiff shall be permitted until **August 5, 2010** to file a reply brief in support of his motion.

3    IT IS SO ORDERED.

Dated: July 8, 2010

_____
DONNA M. RYU
United States Magistrate Judge

2