IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY, | No. C-09-01420-MMC (DMR) |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTION TO COMPEL (DOCKET NO. 115)** |
| v. | |
| ORPHEOS TARBOX, et al., | |
| Defendants. | |

A further settlement conference in this case has been set before Judge James on September 27, 2010 (Docket No. 123). In light of the continuing settlement proceedings, Plaintiff's Motion to Compel Responses to Interrogatories and to Provide Initial Disclosures (Docket No. 115) is hereby stricken, and the associated orders (Docket Nos. 121 and 122) are vacated.

The parties are directed to inform the Court of the outcome of the September 27, 2010 settlement conference by letter brief, filed and served on all parties no later than October 11, 2010. Future discovery motions may not be filed without permission of Judge Ryu.

IT IS SO ORDERED.

Dated: July 23, 2010

DONNA M. RYU
United States Magistrate Judge