IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK FAHY,

    Plaintiff,

  v.

ORPHEOS TARBOX, et al.,

    Defendants.
                           /

No. C-09-1420 MMC

**ORDER GRANTING SAN FRANCISCO DEFENDANTS' ADMINISTRATIVE MOTION TO VACATE CASE MANAGEMENT ORDER; DIRECTIONS TO PARTIES**

    Before the Court is "San Francisco Defendants' Administrative Motion to Vacate Case Management Order," filed September 8, 2010. Neither plaintiff Frank Fahy nor defendant Alec Steiner has filed opposition. Having read and considered the administrative motion, the Court rules as follows.

    Good cause appearing, the motion is hereby GRANTED, and the trial date and all discovery deadlines are VACATED, and will be reset, as necessary, at the November 5, 2010 Case Management Conference.[1]

    **IT IS SO ORDERED.**

Dated: September 22, 2010

                                                MAXINE M. CHESNEY
                                                United States District Judge

---

[1] The settlement conference scheduled for September 27, 2010 remains as scheduled.