MANATT, PHELPS & PHILLIPS, LLP
ANDREW A. BASSAK (Bar No. CA 162440)
E-mail: ABassak@manatt.com
HEATHER M. LITTLEJOHN (Bar No. CA 257852)
E-mail: HLittlejohn@manatt.com
SAMORN SELIM (Bar No. CA 268837)
E-mail: SSelim@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Specially Appearing for Defendant
ALEC STEINER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ORPHEOS TARBOX, et al.,<br><br>　　　　Defendants. | No.  CV09-01420 MMC<br><br>[~~PROPOSED~~] **ORDER SETTING ASIDE THE SETTLEMENT AGREEMENT AND RELIEVING COUNSEL FROM APPOINTMENT**<br><br>~~Date:　　December 17, 2010~~<br>~~Time:　　9:00 a.m.~~<br>Place:　　Courtroom 7, 19th Floor<br>Judge:　　Honorable Maxine M. Chesney<br><br>Trial Date:  October 3, 2011 |

Defendant Alec Steiner's Motion to Set Aside the Settlement Agreement and Conditional Motion to Relieve Counsel from Appointment came before this Court ~~for hearing on December 17, 2010 at 9:00 a.m. in Courtroom 7, 19th Floor of the above-entitled Court~~, the Honorable Maxine M. Chesney, presiding. Based on all the filings and records in this action, and no opposition having been filed, the Court VACATES the December 17, 2010 hearing, and ~~any further evidence and arguments presented to the Court at or before the hearing, and good~~ rules as follows. Good cause appearing: ~~cause appearing:~~

///

1.    Defendant Alec Steiner's Motion to Set Aside the Settlement Agreement is hereby GRANTED.

2.    Manatt, Phelps & Phillips, LLP and each of its individual attorneys are hereby RELIEVED AS COUNSEL in the above-captioned case.

IT IS SO ORDERED.

Dated: December 2, 2010

_____
Honorable Maxine M. Chesney
Judge, United States District Court
Northern District of California

300172993.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ORDER SETTING ASIDE SETTLEMENT
AGREEMENT AND RELIEVING COUNSEL
(CASE NO. CV09-01420 MMC)