United States District Court

For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

FRANK FAHY,

               Plaintiff,

  v.

ORPHEOS TARBOX, et al.,

               Defendants.

                           /

No. C-09-1420 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE RYU DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SANCTIONS AND MOTION TO DISMISS OR, ALTERNATIVELY, FOR ORDER THAT PLAINTIFF COMPLETE DEPOSITION**

15

16

17

18

19

      Pursuant to Civil Local Rule 72-1, defendant City and County of San Francisco's "Motion for Sanctions Against Frank Fahy" and "Motion to Dismiss Plaintiff Frank Fahy's Complaint, or Alternatively for an Order that Mr. Fahy Complete His Deposition," each filed March 10, 2011, are hereby REFERRED to Magistrate Judge Donna M. Ryu[1] for determination or a report and recommendation, as appropriate.

20

21

      The parties will be advised of the date, time and place of the next appearance, if any, by notice from Magistrate Judge Ryu.

22

      The April 22, 2011 hearing before the undersigned is VACATED.

23

      **IT IS SO ORDERED.**

24

25

26

Dated:  March 14, 2011

_____
MAXINE M. CHESNEY
United States District Judge

27

28

      [1] All discovery-related matters in the above-titled action were referred previously to Magistrate Judge Ryu.