United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK FAHY,

    Plaintiff,

    v.

ORPHEOS TARBOX ET AL.,

    Defendants.
    _____/

No. C-09-01420 MMC (DMR)

**ORDER ON DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SANCTIONS**

    The Court is in receipt of Defendant City and County of San Francisco's April 19, 2011 letter informing the Court that *pro se* Plaintiff Frank Fahy's deposition has been completed. *See* Docket Nos. 174 & 175. The Court declines to sanction Plaintiff further and therefore DENIES Defendant's request for additional sanctions.

    IT IS SO ORDERED.

Dated: April 22, 2011

_____
DONNA M. RYU
United States Magistrate Judge