**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11   FRANK FAHY,                                  No. C-09-01420 MMC (DMR)

12            Plaintiff,                          **ORDER DENYING PLAINTIFF'S
                                                  REQUEST FOR SANCTIONS**
13       v.

14   ORPHEOS TARBOX,

15            Defendants.
                                            /
16

17         The Court is in receipt of Plaintiff Frank Fahy's April 23, 2011 letter.  *See* Docket No. 187.

18   The letter appears to be a reply to April 19, 2011 letter from Defendant City and County of San

19   Francisco's counsel Marc Lewis, in which Mr. Lewis went beyond the Court's instruction that he

20   update the Court as to the status of Plaintiff's deposition by renewing Defendant's request for

21   sanctions against Plaintiff.  *See* Docket No. 175.  In his April 23, 2011 letter, Plaintiff responds to

22   Mr. Lewis' renewal of the request for sanctions and also requests sanctions against Mr. Lewis.  The

23   Court has already denied Defendant City's renewed request for sanctions.  *See* Docket No. 184.  The

24   Court now denies Plaintiff's request for sanctions.

25         IT IS SO ORDERED.

26   Dated:  April 28, 2011

27                                               _____

28                                               DONNA M. RYU
                                                 United States Magistrate Judge