IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY,<br><br>    Plaintiff,<br><br>  v.<br><br>ORPHEOS TARBOX, et al.,<br><br>    Defendants._____/ | No. C-09-1420 MMC<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND EXPERT DESIGNATIONS AND EXPERT DISCOVERY CUTOFF** |

Before the Court is defendants' Administrative Motion to Extend Expert Designations and Expert Discovery Cutoff, filed May 12, 2011. No response thereto has been filed. Having read and considered the motion, the Court rules as follows.

Good cause appearing, the motion is hereby GRANTED, and the deadline to designate experts is hereby EXTENDED to August 12, 2011, and the deadline to complete expert discovery is EXTENDED to September 2, 2011.

**IT IS SO ORDERED.**

Dated: May 23, 2011

MAXINE M. CHESNEY
United States District Judge