**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY,<br><br>          Plaintiff,<br><br>     v.<br><br>ORPHEOS TARBOX, ET AL.,<br><br>          Defendants.<br>_____/ | No. C-09-01420 MMC (DMR)<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR LEAVE TO FILE A MOTION FOR SANCTIONS** |

Plaintiff Frank Fahy's response to Defendants' administrative motion to extend expert deadlines (Docket No. 200) appears to contain a request for leave to file a motion for sanctions against Defendant City and County of San Francisco pursuant to 28 U.S.C. section 1927. Because the information provided by Plaintiff is general and conclusory, the Court cannot determine whether leave to file should be granted. By no later than June 24, 2011, Plaintiff may file a one-page letter setting forth the specific actions for which he seeks sanctions. Defendant City and County of San Francisco should not file any responsive document unless and until the Court grants leave to Plaintiff to file a sanctions motion.

     IT IS SO ORDERED.

Dated: June 16, 2011

_____
DONNA M. RYU
United States Magistrate Judge