IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY, | No. C-09-1420 MMC |
| Plaintiff, | **ORDER VACATING AUGUST 26, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | |
| ORPHEOS TARBOX, et al., | |
| Defendants. | |

Before the Court is the San Francisco Defendants' Status Conference Statement, filed August 19, 2011, and the Supplement to San Francisco Defendants' Status Conference Statement, filed August 22, 2011.

In light of the San Francisco Defendants' pending motion for summary judgment and the pendency of the Court's order directing plaintiff to show cause why summary judgment should not be entered in favor of defendant Alec Steiner, the Case Management Conference, presently scheduled for August 26, 2011, is hereby VACATED, and no party shall appear on that date.

The Pretrial Conference remains as scheduled for September 20, 2011.

**IT IS SO ORDERED.**

Dated: August 23, 2011

MAXINE M. CHESNEY
United States District Judge