IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ORPHEOS TARBOX, et al.,<br><br>　　　　　Defendants. | No. C-09-1420 MMC<br><br>**ORDER DENYING DEFENDANT STEINER'S REQUEST FOR RETURN OF FILED DOCUMENTS** |

　　　Before the Court is a document titled "Pictures from File #226," filed September 19, 2011 by defendant Alec Steiner ("Steiner"), by which Steiner seeks an order directing the Clerk of the Court to return to him three photographs he filed with the Clerk on August 4, 2011.

　　　Under the Local Rules of this District, "[a]ll files of the Court shall remain in the custody of the Clerk and no record or paper belonging to the files of the Court may be taken from the custody of the Clerk without a special order of a Judge and a proper receipt signed by the person obtaining the record or paper. No such order will be made except in extraordinary circumstances." See Civil L.R. 79-3.

　　　Here, Steiner has not demonstrated the existence of any extraordinary circumstance to warrant an order directing the Clerk to return to him photographs he previously filed.

　　　Accordingly, Steiner's request is hereby DENIED.

　　　**IT IS SO ORDERED.**

Dated: September 26, 2011

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge