IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FAHY,<br><br>    Plaintiff,<br><br>  v.<br><br>ORPHEOS TARBOX, et al.,<br><br>    Defendants.<br>_____/ | No. C-09-1420 MMC<br><br>**ORDER RE: DEFENDANT STEINER'S SECOND REQUEST FOR DOCUMENTS** |

     By order filed September 26, 2011, the Court denied defendant Alec Steiner's ("Steiner") request for an order directing the Clerk of the Court to return to him three photographs he filed with the Clerk on August 4, 2011. Now before the Court is Steiner's "Pictures From File #226 Second Request," filed January 5, 2012, by which Steiner seeks "either [the] pictures or copies of them." (See Def.'s Req.)

     To the extent Steiner's second request seeks reconsideration of the Court's ruling that he is not entitled to have the photographs returned to him, the request is hereby DENIED, for the reason Steiner fails to show any cognizable basis for reconsideration of the Court's prior order.

     To the extent Steiner's second request seeks copies of the photographs, Steiner is hereby informed that he may obtain copies of any publicly filed document, including the photographs he previously filed with the Court, from the Clerk of the Court, 450 Golden

Gate Avenue, 16th Floor, San Francisco, California, for a cost of fifty cents per page.

**IT IS SO ORDERED.**

Dated: February 2, 2012

_____
MAXINE M. CHESNEY
United States District Judge